**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JAMES DE LOS SANTOS,** *Plaintiffs,* | § § § § § § § § § | |
| *v.* | | **CASE NO. 1:25-CV-01742-ADA** |
| **MATTRESS BY APPOINTMENT,** *Defendants.* | | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 39. Judge Howell recommends that this Court **DENY** Santos's motions to remand (Dkt. Nos. 19, 20) and **GRANT** Defendant MBA's motion to dismiss (Dkt. 13). *Id.* at 6. Additionally, the report **WARNS** Santos that he may be subject to sanctions, including monetary sanctions or a pre-filing injunction barring him from filing future suits, if he continues to file frivolous claims and otherwise abuse his access to the judicial system. *Id.* at 7. The report was filed on January 30, 2026. This Court hereby adopts Judge Howell's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on January 30, 2026. Dkt. 40. The Court has conducted *de novo* review of the Report and Recommendation, Plaintiff's objections (Dkt. 40), and the applicable

laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendations should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 39) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' objections (Dkt. 40) are **OVERRULED.**

**IT IS FURTHER ORDERED** that Plaintiff Santos's motions to remand (Dkt. Nos. 19, 20) are **DENIED.**

**IT IS FURTHER ORDERED** that Defendant MBA's motion to dismiss (Dkt. 13) is **GRANTED.**

Additionally, this Court follows Judge Howell's recommendation and **WARNS** Santos that he may be subject to sanctions, including monetary sanctions or a pre-filing injunction barring him from filing future suits, if he continues to file frivolous claims and otherwise abuse his access to the judicial system.

The Clerk of the Court is directed to **CLOSE** this case.

**SIGNED** this 17th day of February, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE